# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jamie Scott, individually and as Personal Representative for the Wrongful Death Estate of James Anthony Scott, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | ) **ORDER RE ADMISSION**<br>) **PRO HAC VICE** |
| vs. | )<br>) |
| City of Bismarck, North Dakota, a Municipal Corporation; Dan Donlin, in his individual and official capacity as Chief of Police for the City of Bismarck, North Dakota; Shaun Burkhartsmeier, in his official and individual capacity; John Does 1-5, in their individual and official capacities, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) Case No. 1-17-cv-59 |
| Defendants. | ) |

Before the court is a motion for attorney John Graham to appear *pro hac vice* on the Plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Graham has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Graham has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 23) is **GRANTED**. Attorney Graham is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2017.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge