# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jamie Scott, individually and as Personal Representative for the Wrongful Death Estate of James Anthony Scott, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | ) **ORDER** |
| vs. | )<br>) |
| | ) Case No. 1-17-cv-59 |
| City of Bismarck, North Dakota, et al., | )<br>) |
| Defendants. | ) |

The court held a status conference with the parties on May 10, 2018. At that conference, the court indicated it would suspend all discovery deadlines in this matter pending a conference with the parties on August 21, 2018. Accordingly, all discovery deadlines in this matter are **SUSPENDED** pending further order of the court.

**IT IS SO ORDERED.**

Dated this 10th day of May, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court