# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jamie Scott, individually and as Personal Representative for the Wrongful Death Estate of James Anthony Scott, deceased, ) ) ) ) Plaintiff, ) ) vs. ) ) City of Bismarck, North Dakota, et al., ) ) Defendants. ) | **AMENDED ORDER** <br><br> Case No. 1-17-cv-59 |

The court held a status conference with the parties on May 10, 2018. At that conference, the court indicated it would suspend all discovery deadlines in this matter pending a conference with the parties on August 21, 2018. Accordingly, all discovery deadlines in this matter, including the expert disclosure deadlines, are **SUSPENDED** pending further order of the court.

**IT IS SO ORDERED.**

Dated this 6th day of July, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court