# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jamie Scott, individually and as Personal Representative for the Wrongful Death Estate of James Anthony Scott, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| City of Bismarck, North Dakota, a Municipal Corporation; Dan Donlin, in his official capacity as Chief of Police for the City of Bismarck, North Dakota; Shaun Burkhartsmeier, in his official and individual capacity; Justin Antonovich, in his official and individual capacity; John Does 1-5, in their individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:17-cv-059 |
| Defendants. | ) | |

The court held a status conference in the above-entitled action on October 24, 2018. Pursuant to its discussion with the parties, the court **ORDERS:**

1. The parties shall have until July 14, 2019, to file dispositive motions.

2. The final pretrial conference set for February 19, 2019, shall be rescheduled for February 25, 2020, at 2:00 p.m. by telephone before the magistrate judge. The court shall initiate the conference call.

2. The jury trial scheduled for March 4, 2019, shall be rescheduled for March 9, 2020, at 9:00 a.m. in Bismarck before Chief Judge Hovland. A ten (10) day trial is anticipated.

1

**IT IS SO ORDERED.**

Dated this 25th day of October, 2018.

                                                      */s/ Charles S. Miller, Jr.*
                                                     Charles S. Miller, Jr., Magistrate Judge
                                                     United States District Court